NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0089

JUDY HARRIS BRIGHT, ET AL.

VERSUS

KISATCHIE CORPORATION, ET AL.

************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 100688,
HONORABLE EDWARD P. LEONARD, JR., DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*]
Judges.

AFFIRMED.

Tarvald A. Smith
E. Eric Guirard & Associates
1075 Government Street
Baton Rouge, LA 70802
(225) 379-3333
COUNSEL FOR PLAINTIFF/ APPELLEE:
     Judy Harris Bright, individually, and
     on behalf of Rose Mary Vital

Nicholas Gachassin, Jr.
Danielle E. DeKerlegand
The Gachassin Law Firm

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**1026 Saint John Street**
**Post Office Box 2850**
**Lafayette, LA 70502**
**(337) 235-4576**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
   **Kisatchie Corporation**
   **PRICO, Inc.**